AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 20, 2020*

David J. Bradley, Clerk of Court

United States of America
v.
Hernandez, Jaime

*Defendant(s)*

Case No.  **4:20mj0866**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 18, 2019  in the county of  Harris  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC751(a) | Escape from federal custody while residing at the Leidel Sanction Center in Houston, Tx. |

This criminal complaint is based on these facts:

On 04/03/2019, HERNANDEZ was placed at the Leidel Residential Reentry Center, located at 1819 Commerce St. Houston, Tx 77002, by the United States Bureau of Prisons to serve the remainder of his federal sentence. On 08/18/2019, HERNANDEZ was found to be missing. At the time, HERNANDEZ did not have permission to be absent from the facility.

☑ Continued on the attached sheet.

*Complainant's signature*

Wade Okland, Deputy U.S. Marshal
*Printed name and title*

Submitted with signature and sworn to before me via telephone.

Date: May 20, 2020

*Judge's signature*

City and state:  Houston, Texas

Andrew Edison, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

This Affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Jaime Armando HERNANDEZ (registration number 12947-179) who escaped from the Leidel Sanction Center in Houston, a federal halfway house with the U.S. Bureau of Prisons, operated by GEO. His escape is in violation of criminal statute 18 U.S.C. 751(a).

I, Wade Okland, having been duly sworn, declare under the penalty of perjury, and state:

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS) in Houston, Texas and have been employed in this capacity since 2010.

2. During my employment with the USMS, I have conducted investigations related to the escape of federal prisoners. I am currently assigned to the Operations section of the Southern District of Texas, Houston Division. One of my responsibilities as a member of the Operations section is to conduct fugitive investigations.

3. On April 12, 2012, in the Southern District of Texas, HERNANDEZ was sentenced to 121 months custody in the Bureau of Prisons, followed by 5 years of supervised release, on one count of possession with intent to deliver a controlled substance. On October, 21 2015, HERNANDEZ was granted a reduction in sentence to 120 months custody in the Bureau of Prisons. On April 3, 2019, HERNANDEZ was placed in the Leidel Comprehensive Sanctions Center (hereafter "Leidel") by the United States Bureau of Prisons to serve the remainder of his federal sentence.

4. The United States Bureau of Prisons is under the direction of the United States Attorney General. Leidel is a private halfway house, located at 1819 Commerce Street, Houston, Texas, which has a contract with the Bureau of Prisons to house federal prisoners.

5. On August 18, 2019, halfway house staff searched the facility and could not locate HERNANDEZ. HERNANDEZ had been placed on thirty-minute watch rotations due to an incident that occurred earlier that day.

6. Halfway house staff also called local hospitals and jails and still could not locate HERNANDEZ.

7. HERNANDEZ did not then have permission to leave Leidel, and was not due to be released from Leidel until October 3, 2019.

8. In August 2019, the Houston USMS received a BP S205.073 document indicating HERNANDEZ had escaped by not being present during a count. The USMS also received a BP A0393 NOTICE OF ESCAPED FEDERAL PRISONER.

I, Wade Okland, Deputy U.S. Marshal, with the United States Marshals Service, being duly sworn according to law, deposes and says that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

Wade Okland
Deputy United States Marshal

Submitted with signature electronically and sworn to me telephonically this 20th day of May, 2020, and I find probable cause exists.

Honorable Andrew Edison
United States Magistrate Judge